| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 11 | WATTS/WEBCOR A JV, | CASE NO: 3:18-CV-04134-JST |
| 12 | Plaintiff, | [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE BY FINCH, THORNTON & BAIRD, LLP AT INITIAL CASE MANAGEMENT CONFERENCE |
| 13 | v. | |
| 14 | PORGES ENTERPRISES DBA ACCELERATED ELECTRIC; MARKS, FINCH, THORNTON & BAIRD LLP; AGBAYANI CONSTRUCTION CORPORATION; WELLS FARGO BANK NATIONAL ASSOCIATION; THE UNITED STATES INTERNAL REVENUE SERVICE; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL HEALTH & WELFARE TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL TRAINING TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL ANNUITY PLAN; BOARD OF TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF THE EDUCATION AND MANPOWER DEVELOPMENT TRUST; BOARD OF TRUSTEES OF THE NATIONAL LABOR-MANAGEMENT COOPERATIVE FUND; BOARD OF TRUSTEES OF THE LOCAL LABOR MANAGEMENT COOPERATIVE FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 569; BOARD OF TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS COPE FUND; BOARD OF | Assigned to:<br>Hon. Jon S. Tigar, Ctrm. 9 – 19th Floor<br><br>Date:     December 5, 2018<br>Time:    2:00 p.m.<br>Ctrm.:   9<br><br>Complaint Filed:  December 6, 2017<br>Date Removed:   July 11, 2018<br>Trial Date:        Not Set |

TRUSTEES OF THE NATIONAL
ELECTRICAL INDUSTRY FUND;
BOARD OF TRUSTEES OF THE SAN
DIEGO ELECTRICAL PENSION TRUST;
DOES 1 THROUGH 50 INCLUSIVE,

    Defendants.

Based on the stipulation of the parties and good case appearing, the Court orders as follows:

    1.    Finch, Thornton & Baird, LLP shall be allowed to telephonically attend the case management scheduled for December 5. 2018, at 2:00 p.m.; and

    2.    Counsel shall provide the courtroom deputy a direct dial number to which counsel can be reached.

PURSUANT TO STIPULATION, IT IS ORDERED.

DATE: November 26, 2018

                                                  HON. JON S. TIGAR

998.095/3E19936.jcr