UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WATTS/WEBCOR A JV,<br><br>  Plaintiff,<br><br>v.<br><br>PORGES ENTERPRISES DBA ACCELERATED ELECTRIC; MARKS, FINCH, THORNTON & BAIRD LLP; AGBAYANI CONSTRUCTION CORPORATION; WELLS FARGO BANK NATIONAL ASSOCIATION; THE UNITED STATES INTERNAL REVENUE SERVICE; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL HEALTH & WELFARE TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL TRAINING TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL ANNUITY PLAN; BOARD OF TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF THE EDUCATION AND MANPOWER DEVELOPMENT TRUST; BOARD OF TRUSTEES OF THE NATIONAL LABOR-MANAGEMENT COOPERATIVE FUND; BOARD OF TRUSTEES OF THE LOCAL LABOR MANAGEMENT COOPERATIVE FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 569; BOARD OF TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS COPE FUND; BOARD OF | CASE NO:  3:18-CV-04134-JST<br><br>[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE BY FINCH, THORNTON & BAIRD, LLP AT CASE MANAGEMENT CONFERENCE<br><br>Assigned to:<br>Hon. Jon S. Tigar, Ctrm. 9 – 19th Floor<br><br>Date:    February 13, 2019<br>Time:   2:00 p.m.<br>Ctrm.:   9<br><br>Complaint Filed:  December 6, 2017<br>Date Removed:     July11, 2018<br>Trial Date:            Not Set |

TRUSTEES OF THE NATIONAL ELECTRICAL INDUSTRY FUND; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST; DOES 1 THROUGH 50 INCLUSIVE,

    Defendants.

Based on the stipulation of the parties and good case appearing, the Court orders as follows:

    1.    Finch, Thornton & Baird, LLP ("FTB") shall be allowed to telephonically attend the case management scheduled for February 13, 2019, at 2:00 p.m.;

    2.    Counsel for FTB shall also be allowed to specially appear on behalf of Donald Dunning, counsel herein for Agbayani Construction Corporation; and

    3.    Counsel shall provide the courtroom deputy a direct dial number to which counsel can be reached.

PURSUANT TO STIPULATION, IT IS ORDERED.

DATE: February 8, 2019

_____
HON. JON S. TIGAR

998.095/3EG4872.jcr

2

[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE BY FINCH, THORNTON & BAIRD, LLP AT CASE MANAGEMENT CONFERENCE