|    |                                                      |                           |
|----|------------------------------------------------------|---------------------------|
| 1  | UNITED STATES DISTRICT COURT                         |                           |
| 2  | NORTHERN DISTRICT OF CALIFORNIA                      |                           |
| 3  | SAN FRANCISCO DIVISION                               |                           |

| 4  | WATTS/WEBCOR A JV,                            | )                              |
|----|-----------------------------------------------|--------------------------------|
| 5  |     Plaintiffs,           | ) Case No. 3:18-cv-04134-JST  |
| 6  | v.                                            | )                              |
| 7  | PORGES ENTERPRISES DBA ACCELERATED ELECTRIC; MARKS, FINCH, THORNTON & BAIRD LLP; AGBAYANI CONSTRUCTION CORPORATION; WELLS FARGO BANK NATIONAL ASSOCIATION; THE UNITED STATES INTERNAL REVENUE SERVICE; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRIAL HEALTH & WELFARE TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL TRAINING TRUST; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL ANNUITY PLAN; BOARD OF TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; BOARD OF TRUSTEES OF THE EDUCATION AND MANPOWER DEVELOPMENT TRUST; BOARD OF TRUSTEES OF THE NATIONAL LABORMANAGEMENT COOPERATIVE FUND; BOARD OF TRUSTEES OF THE LOCAL LABOR MANAGEMENT COOPERATIVE FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 569; BOARD OF TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS COPE FUND; BOARD OF TRUSTEES OF THE NATIONAL ELECTRICAL INDUSTRY FUND; BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST; | ) [~~PROPOSED~~ ORDER]        |
| 26 |     Defendants.           | )                              |

Pursuant to the Stipulation of the appearing parties and for good cause shown, IT IS HEREBY

STIPULATION RE: INTERPLEADER LIEN PRIORITY
CASE NO. 3:18-CV-04134-JST

9

ORDERED THAT:

1. The Clerk of the Superior Court for the City and County of San Francisco is ORDERED to remit the funds deposited with the Superior Court in Case No. CGC-17-562896 to the parties according to the following priority of the parties, until such funds are exhausted, at the addresses provided in the Stipulation:

| Priority | Party | Amount |
|---|---|---|
| 1 | MARKS, FINCH, THORNTON & BAIRD LLP | $100,000 |
| 2 | Internal Revenue Service | $173,347.14 |
| 3 | Internal Revenue Service | $37,579.31 |
| 4 | Internal Revenue Service | $134,967.23 |
| 5 | Internal Revenue Service | $135,968.32 |
| 6 | Internal Revenue Service | $59,002.13 |
| 7 | Internal Revenue Service | $1,994.96 |
| 8 | Internal Revenue Service | $1,963.91 |
| 9 | Internal Revenue Service | $460.25 |
| 10 | Internal Revenue Service | $62,181.00 |
| 11 | WELLS FARGO BANK NATIONAL ASSOCIATION | $490,145.60 |
| 12 | BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST, ET AL. | $175,783.63 |
| 13 | AGBAYANI CONSTRUCTION CORPORATION | $107,956.00 |
| 14 | BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL PENSION TRUST, ET AL. | $376,169.94 |
| 15 | Internal Revenue Service | $228,719.47 |
| 16 | Internal Revenue Service | $168,558.96 |

2. If any funds remain after application of the payments listed above, such party shall make further application of this Court.

IT IS SO ORDERED: February 12, 2019

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION RE: INTERPLEADER LIEN PRIORITY
CASE NO. 3:18-CV-04134-JST

10